SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 28 2005
J T NOBLIN, CLERK
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

EXXON CORPORATION, A NEW JERSEY CORPORATION — PLAINTIFF

VS. — CIVIL ACTION NO. J89-0627(B)(N)

CROSBY-MISSISSIPPI RESOURCES, LTD., A MISSISSIPPI LIMITED PARTNERSHIP, ET AL. — DEFENDANTS

**IN ACCOUNTING PROCEEDINGS BEFORE THE MASTER**

**FIFTH AMENDED SCHEDULING ORDER FOR DISCOVERY ON ISSUE NO. 9**
**(UNJUST ENRICHMENT OF EXXON DUE TO FAILURE TO PROPERLY ALLOCATE)**

THIS MATTER came before the Master *sua sponte* concerning an extension of the present December 31, 2005, discovery deadline and the Master, being fully advised in the premises hereby finds that, despite diligent efforts of all parties, the volume and format of materials produced by Exxon Corporation requires an extension of the December 31, 2005, discovery deadline set by the Fourth Amended Scheduling Order previously entered on November 16, 2005.

ACCORDINGLY, the Fourth Amended Scheduling Order entered on November 16, 2005, should be, and the same hereby is, amended to extend the deadline for the completion of all discovery until January 31, 2006, or such later date as may hereafter be ordered. Otherwise, said scheduling order and the original Scheduling Order filed

May 4, 2005, remain unchanged and are adopted herein by reference for all purposes.

SO ORDERED on this, the 26th day of December, 2005.

MARY ANN PARKS, MASTER