Case 3:89-cv-00627-WHB-RHW    Document 566    Filed 01/19/06    Page 1 of 3

FILED

JAN 1 9 2006

T. NOBLIN, CLERK
BY_____ DEPUTY
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| EXXON CORPORATION, A NEW JERSEY CORPORATION | PLAINTIFF |
| VS. | CIVIL ACTION NO. J89-0627(B)(N) |
| CROSBY-MISSISSIPPI RESOURCES, LTD., A MISSISSIPPI LIMITED PARTNERSHIP, ET AL. | DEFENDANTS |

### ORDER EXTENDING APPOINTMENT OF MASTER AND DEADLINE FOR FINAL REPORT

This matter having coming before the District Court on motion *ore tenus* of the Master for additional time in which to file a final report on the accounting of and concerning the financial transactions and obligations between and among the parties in this action in accordance with the rulings in this case, stipulations entered into by the parties and applicable law, all as directed in Order Appointing Master filed in this cause on May 19, 2004, and, also, for an extension of her (the Master's) authority under said Order for such purposes; and, the parties, through counsel, having stipulated that they have been given adequate notice and opportunity to be heard before the entry of this Order, the Court, being fully advised in the premises, and having found the issues to be more numerous and complex than originally anticipated and, also, the underlying documents required to be reviewed, produced and utilized in the Accounting Process to be significantly more voluminous than could have reasonably been known at the time of her appointment, hereby finds that the deadline for the final report should be extended, and that the authority of the Master under said Order, likewise, should be extended to provide and allow adequate opportunity for a full

and complete accounting and computation of damages.

ACCORDINGLY, IT IS HEREBY ORDERED AND DECREED

(A) That numbered Paragraph 6 of the Order Appointing Master filed on May 19, 2004, shall be, and the same hereby is, amended by the deletion of the words "18 months" and the insertion in the place thereof the words "36 months," the ultimate result of said amendment being the extension of the due date of the final report by the Master until May 19, 2007; and

(B) That the appointment of the Master shall be, and the same hereby is, extended with the Master having all authority and duties set forth in Rule 53, F. R. C. P. and as provided in the Order Appointing Master filed on May 19, 2004.

SO ORDERED this, the ___19th___ day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT, EXXON CORPORATION

_____
Otis Johnson, Jr., Esq.
Armstrong Allen PLLC
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Post Office Box 14028
Jackson, Mississippi 39236-4028
Office No.: (601) 713-1192
Direct Dial Fax (601) 713-9492

2

Thomas M.. Keiffer, Sr., Esq.
Thomas Keiffer, Sr., P. L. C.
321 N. Vermont Street, Suite 203
Covington, Louisiana 70433
Telephone No.: (985) 292-1500
Facsimile No. : (985) 292-3507

Ernest C. Terry, Esq.
McGinnis, Lochridge & Kilgore, LLP
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone No.: 713-615-8525
Facsimile No.: 713-615-8585

ATTORNEYS FOR DEFENDANTS AND COUNTER-PLAINTIFFS, CROSBY MISSISSIPPI RESOURCES, LTD., ET AL.

_____
Glenn G. Taylor, Esq.
Copeland, Cook, Taylor & Bush
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS 39157
Post Office Box 6020
Ridgeland, Mississippi 39158-6020
Telephone No.: (601) 856-7200
Facsimile No.: (601) 353-6235

Harold D. Miller, Jr. Esq.
Butler, Snow, O'Mara, Stevens & Cannada
210 E. Capitol Street, Suite 1700
Post Off ice Box 22567
Jackson, Mississippi 39225-2567
Telephone No. (601) 948-5711
Facsimile No.: (601) 985-4500

3